PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-48654 MEH** |
| **MANUEL DE JESUS CASTILLO and ANA MARIA CASTILLO,** | **Chapter 13** |
| Debtors. _____/ | **OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE AND REQUEST FOR HEARING** |

Debtors, Manuel De Jesus Castillo & Ana Maria Castillo, ("Debtors") hereby oppose the Trustee's Motion to Dismiss Case filed on April 16, 2013. Debtors mailed a payment of $50.00 in good funds to the trustee via USPS on June 19, 2013 to cure their default and resolve the pending motion to dismiss their case. Debtors have also sent their plan payment for the month of June in the amount of $100 in goods to the trustee via USPS.

Dated: June 27, 2013

                                            /s/ Anne Y. Shiau
                                            ANNE Y. SHIAU
                                            Attorney for Debtors